HUDSON HOSTELRY COMPANY, Appellant, *v.* JOHN P. MITCHEL, as Mayor of the City of New York et al., Respondents.

*Hudson Hostelry Co.* v. *Mitchel,* 177 App. Div. 908, affirmed.

(Argued April 30, 1919; decided May 20, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 14, 1917, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term. The action was for damages and an injunction restraining defendants "from in any manner assigning, stationing, placing or posting, or causing to be assigned, stationed, placed, posted or maintained, in and about the private premises of the plaintiff herein, the Hotel Plymouth, at No. 257–9 West 38th street, New York City, any police officer * * *; and from informing guests, prospective guests, visitors or other persons having lawful business upon the premises, when such persons enter, or attempt to enter, or leave the premises, that the said hotel is a disorderly house, or an alleged disorderly house, or that said persons are liable to arrest, or to be objects of a raid, or remain at the premises at their peril, or in any other manner threatening or intimidating them, or otherwise interfering with the lawful business of the plaintiff, and of the lawful use, occupation and enjoyment of the premises." In opposition to the application, it was shown that the hotel was a disorderly house; that it was frequented by women of loose morals who took men there for illicit purposes; that the hotel management was cognizant of such practices, and that, from the class of persons who were permitted to engage rooms, the hotel had an extremely bad reputation in the neighborhood.

*Robert H. Elder* and *Otho S. Bowling* for appellant.

*William P. Burr, Corporation Counsel (Terence Farley John F. O'Brien* and *George P. Nicholson* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, HOGAN, MCLAUGHLIN and ANDREWS, JJ. Dissenting: CRANE, J.